UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR PHILEMON, individually and on behalf of all persons similarly situated,,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>ARIES CAPITAL PARTNERS, INC.; MATTHEW BLAKE; SCOTT SHARINN; and AMANDA MORENO,<br>　　　　　　　Defendants. | No. 18-cv-1927 (CLP)<br><br>NOTICE OF MOTION FOR PROVISIONAL CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

　　　　PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Plaintiff's Motion for Provisional Certification of a Settlement Class and Preliminary Approval of Class Action Settlement, and the February 28, 2019 Declaration of Jessica Ranucci in Support of Provisional Certification of a Settlement Class and Preliminary Approval of Class Action Settlement and its exhibits, Plaintiff, by his attorneys the New York Legal Assistance Group ("NYLAG"), will move this Court before the Honorable Cheryl L. Pollak, United States Magistrate Judge, at United States Courthouse for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York, on a date to be determined by the Court, for an Order:

　　　　(i)　　provisionally certifying this case as a class action for settlement purposes pursuant to Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure, on behalf of a class defined as all individuals who were sued in New York City Civil Court by, or paid money to, Aries Capital Partners Inc., represented by Sharinn & Lipshie, P.C., in connection with debts

allegedly owed for the individual's enrollment and/or attendance at the Technical Career Institutes, Inc.;

(ii) appointing NYLAG as Class Counsel and approving Atticus Administration LLC as the Class Administrator;

(iii) granting preliminary approval to the settlement of this class action, including the proposed allocation plan and the form, content, and manner of notice to the Class;

(iv) directing the provision of notice to the Class;

(v) scheduling a date for a Fairness Hearing, at which time the Court will determine whether to grant final approval of the settlement; and

(vi) granting such other relief as the Court deems just and proper.

Dated: New York, New York
February 28, 2017

Respectfully submitted,

**NEW YORK LEGAL ASSISTANCE GROUP**
**BETH E. GOLDMAN, ESQ.**

By: _____
Danielle Tarantolo, of counsel
Shanna Tallarico, of counsel
Jessica Ranucci, of counsel
7 Hanover Square, 18th Floor
New York, NY 10004
Telephone: (212) 613-5000
Facsimile: (212) 750-0820
Email: dtarantolo@nylag.org
Email: stallarico@nylag.org
Email: jranucci@nylag.org

*Attorneys for Plaintiffs*